Office of the Clerk
U.S. Bankruptcy Court
824 Market Street, Suite 300
Wilmington, Delaware.
          19801.

November 6, 2006

Re: Case No. 06-109-59

To Whom It May Concern:

    I hereby appeal the dismissal of the above referenced case and immediate initiation of the appellate process.

Yours Truly

Ronald C. Grumbkow

cc: United States District Court

# 32

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

RONALD C. GRUMBKOW,   : Bk. Case No. 06-10959 (BLS)
  :
  Debtor.   : Chapter 13

## ORDER

AND NOW, TO-WIT, this 25TH day of October, 2006 upon Notice and Hearing of Trustee's Motion to Dismiss,

**IT IS ORDERED**, that the Debtor(s) petition is hereby dismissed.

*[signature]*
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

Clerk of Court  
David D. Bird

824 Market Street  
Wilmington, DE  19801  
(302) 252-2900

Date: December 14 , 2006

To:  Clerk of Court  
U.S. District Court  
District of Delaware  
Wilmington De 19801

Re:  **Ronald Curtis Grumbkow**  
**Bankruptcy Case #06-10959**  
**Appeal #06-75**

Enclosed you will find **Notice of Appeal 06-75  docket #32, Order docket #22,**  
**Motion to Dismiss docket #14**    **Fee not Submitted as of 12/14/06  
Related Docket Entries: **Appellant's Designation N/A**  
Kindly acknowledge receipt of this  document. Betsy_Magnuson@DEB.uscourts.gov

Sincerely,  
/s/ Betsy Magnuson  
Deputy Clerk

I hereby acknowledge receipt of the above transferred record this ___day of _____2003.

By:_____  
Deputy Clerk

_____ Supervisor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

Ronald Curtis Grumbkow
Bankruptcy Case No. 06-10959                                December 14, 2006
Appeal No.: BAP 0675

Name of Appellant:     Ronald Curtis Grumbkow
Counsel for Appellant: Pro Se

Name of Appellee:      Michael Joseph Chapter 13 Trustee
                       824 Market Street
                       Wilmington De 19899

Enclosed Items:   Notice of Appeal: docket #32, Order #22
                  Motion to Dismiss docket #14   *Fee not Submitted   as of 12/14/06

Appellant: Designation: N/A
Appellee: Designation: N/A