IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | |
| RONALD C. GRUMBKOW, : | Bankruptcy Case 06-10959 (BLS) |
| : | |
| Debtors. : | |
| RONALD C. GRUMBKOW, : | |
| : | |
| Appellant, : | |
| : | |
| v. : | Civil Action No. 06-765 JJF |
| : | |
| MICHAEL B. JOSEPH, Chapter : | |
| 13 Trustee, : | |
| : | |
| Appellee. : | |

**O R D E R**

WHEREAS, the Court has reviewed the filings in the above-captioned matter and finds that the matter is not appropriate for mediation;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Court waives mediation in this case;

2. The parties shall adhere to the following briefing schedule unless an otherwise agreed upon schedule is filed within fifteen (15) days of the date of this Order:

Appellants Opening Brief on appeal shall be filed within **fifteen (15) days** of the date of this Order.

Answering Brief on appeal shall be filed withing **fifteen (15) days** of receipt of opening brief.

Reply Brief on appeal shall be filed within **ten (10)**

**days** of receipt of answering brief.

January 18, 2007
DATE

[signature]
UNITED STATES DISTRICT JUDGE