IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | Bankruptcy Case No. 06-10959-BLS |
| RONALD C. GRUMBKOW, : | |
| : | |
| RONALD C. GRUMBKOW, : | |
| : | |
| Appellant, : | |
| : | |
| v. : | Civil Action No. 06-765-JJF |
| : | |
| MICHAEL B. JOSEPH, Chapter : | |
| 13 Trustee, : | |
| : | |
| Appellee. : | |

### O R D E R

WHEREAS, Appellant filed the above-captioned appeal without payment of the filing fee;

WHEREAS, the Court also issued an Order on January 18, 2007, requiring Appellant to file an Opening Brief within fifteen days of the Court's Order (D.I. 3);

WHEREAS, pursuant to Federal Rule of Bankruptcy Procedure 8001, the Court may dismiss an appeal for failure to pay the filing fee;

WHEREAS, the Court may also dismiss an action for failure to file an Opening Brief pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1); see Jewelcor, Inc. v. Asia Commercial Co., 11 F.3d 394, 397 (3d Cir. 1993);

NOW THEREFORE, IT IS HEREBY ORDERED that Appellant is required to pay the required filing fee and file an Opening Brief in connection with his appeal **within fifteen (15) days of the**

date of this Order.  FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN THE DISMISSAL OF THIS ACTION.

May 25, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE