IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Bankruptcy Case No. 06-10959-BLS |
| RONALD C. GRUMBKOW, | : | |
| | : | |
| RONALD C. GRUMBKOW, | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 06-765-JJF |
| | : | |
| MICHAEL B. JOSEPH, Chapter 13 Trustee, | : | |
| | : | |
| Appellee. | : | |

### O R D E R

WHEREAS, Appellant failed to pay the filing fee in the above-captioned action and failed to file an Opening Brief as directed by the Court in its May 25, 2007 (D.I. 4) Order;

NOW THEREFORE, IT IS HEREBY ORDERED that the above-captioned action is **DISMISSED** without prejudice.

June 26, 2007
DATE

UNITED STATES DISTRICT JUDGE