IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | Bankruptcy Case No. 06-10959-BLS |
| RONALD C. GRUMBKOW, : | |
| : | |
| RONALD C. GRUMBKOW, : | |
| : | |
| Appellant, : | |
| : | |
| v.  : | Civil Action No. 06-765-JJF |
| : | |
| MICHAEL B. JOSEPH, Chapter : | |
| 13 Trustee, : | |
| : | |
| Appellee. : | |

**ORDER**

WHEREAS, Appellant failed to pay the filing fee in the above-captioned action and failed to file an Opening Brief as directed by the Court in its May 25, 2007 (D.I. 4) Order;

NOW THEREFORE, IT IS HEREBY ORDERED that the above-captioned action is **DISMISSED** without prejudice.

June 26, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE

FILED
JUL 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



GRUM032    18901206Z 1707 04  07/13/07
GRUMEKOW    RETURN TO SENDER
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER

Ronald C. Grumbkow
32 SteepleChase Dr
Doylestown Hunt Est
Doylestown, PA 1890

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

FILED
JUL 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE